| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS**<br>John J. Ziegelmeyer III<br>MO No. 59042 (admitted *pro hac vice*)<br>Shifa Alkhatib (AZ No. 031149)<br>Sandra L. Jonas (AZ No. 035824)<br><br>**Kansas City Office:**<br>1600 Genessee, Suite 754<br>Kansas City, MO 64102<br>Tel: 816.875.3332<br>jziegelmeyer@hkm.com<br><br>**Phoenix Office:**<br>One North 1st Street, Suite 711<br>Phoenix, Arizona 85004<br>Phone/Fax: 480.930.4747<br>sjonas@hkm.com<br>salkhatib@hkm.com<br><br>**THE HODGSON LAW FIRM, LLC**<br>Michael Hodgson<br>MO Bar No. 63677 (admitted *pro hac vice*)<br>3609 SW Pryor Road<br>Lee's Summit, MO 64082<br>Tel: 816.600.0117<br>Fax: 816.600.0137<br>mike@thehodgsonlawfirm.com<br><br>*Attorneys for Plaintiff* | **SQUIRE PATTON BOGGS (US) LLP**<br>D. Lewis Clark Jr. (AZ Bar No. 025968)<br>Laura Lawless (AZ Bar No. 023951)<br>Eric W. Witt (CA Bar No. 266289)<br><br>**Phoenix Office:**<br>2325 E. Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>Telephone: 602.528.4000<br>Facsimile:   602.253.8129<br>lew.clark@squirepb.com<br>laura.lawless@squirepb.com<br><br>**Los Angeles Office:**<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: 213.689.5184<br>Fax: 213.623.4581<br>Eric.Witt@squirepb.com<br><br>**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**<br>Kimberly F. Seten (MO Bar No. 50449)<br>(admitted *pro hac vice* )<br>kseten@constangy.com<br>Jack R. Wallace (MO Bar No. 64633)<br>(admitted *pro hac vice*)<br>jwallace@constangy.com<br>1201 Walnut Street, Suite 2350<br>Kansas City, MO 64106<br>Telephone: 816.472.6400<br>Facsimile: 816.472.6401<br><br>*Attorneys for Defendant* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon McLellan, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>North Restaurants LLC,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-00413-PHX-SMM<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

1 | The Parties having reached a full and final settlement of the above-numbered and
2 | captioned action, it is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules
3 | of Civil Procedure, that this action in its entirety is hereby dismissed with prejudice, with
4 | each side bearing its own costs, expenses, and fees.  A proposed order is attached.
5 | Respectfully submitted this 16th day of October, 2025.

**HKM Employment Attorneys**

By: /s/ *John J. Ziegelmeyer*

**The Hodgson Law Firm**

By: /s/ *Michael Hodgson*

**Squire Patton Boggs (US) LLP**

By: /s/ *D. Lewis Clark Jr. (with permission)*

**Constangy, Brooks, Smith & Prophete, LLP**

By: *Kimberly F. Setenn(with permission)*

## **CERTIFICATE OF SERVICE**

I, Sandra L. Jonas, certify that I served the foregoing document on all counsel of record by filing the foregoing document through the Court's ECF system on this date, October 16, 2025.

*/s/ Sandra L. Jonas*
Sandra L. Jonas
