**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon McLellan, | No. CV-25-00413-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| North Restaurants LLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice filed on October 16, 2025. (Doc. 24). The parties have reached a full and final settlement and stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this matter be dismissed with prejudice. For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation (Doc. 24) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 16th day of October, 2025.

_____
Stephen M. McNamee
Senior United States District Judge